FILED
2011 MAY 17 PM 12: 10
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE:                                              CASE NO. 10-52749-S

KIRBY E. BLACKERT                                   CHAPTER 7

      Debtor                                        REPORT OF DIVIDEND
                                                    UNDER FIVE DOLLARS

    Harold A. Corzin, Trustee herein, reports that check #114 in the amount of $2.40 was issued on May 5, 2011 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

                                                                    Amt. of Dividend

Claim #5        OHIO EDISON BANKRUPTCY DEPARTMENT    $    2.40
                 6896 MILLER RD SUITE 204
                 BRECKSVILLE, OH 44141

TOTAL:                                                     $    2.40

*ck # 114*
*receipt # 82353*

                                                           HAROLD A. CORZIN, TRUSTEE
                                                           304 N. Cleveland-Massillon Rd.
                                                            Akron, Ohio 44333
                                                            (330) 670-0770

May 11, 2011